**AG&A** | ANSELL GRIMM & AARON PC
COUNSELORS AT LAW

Application GRANTED.  Defendant's deadline to answer, move or otherwise respond to the Complaint is extended to **May 11, 2022**.  The Certificate of Default at Dkt. No. 12 and the Order to show cause at Dkt. No. 23 are vacated, and the hearing scheduled for May 4, 2022, at 4:20 P.M., is canceled.

An initial pretrial conference will be held by telephone on **May 4, 2022, at 4:20 P.M.**  The parties shall call 888-363-4749 and enter access code 558-3333.  The telephonic conference is public, and the time of the conference is approximate, but the parties shall be ready to proceed by that time. The parties shall file a joint letter and Proposed Civil Case Management Plan and Scheduling Order as directed by the Order at Dkt. No. 6 by **April 27, 2022, at 12:00 P.M.** The parties shall follow all other instructions regarding the conference and materials required to be filed in the Order at Dkt. No. 6.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 16.

So Ordered.

Dated: April 12, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Via ECF

Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *Stephen Gannon v. 124 East 40th Street LLC*
        *Civ. A. No. 1:22-cv-361-LGS*

Dear Judge Schofield:

My office was retained this afternoon to represent Defendant 124 East 40th Street LLC ("Defendant") in the above-referenced action.  Defendant requests a thirty (30) day extension of time to file an Answer to Plaintiff Stephen Gannon's ("Plaintiff") Complaint.  This is Defendant's first request for an extension of time, and Plaintiff's counsel graciously consented to the requested relief.

Accordingly, Defendant respectfully requests that the Court grant an extension of time to Answer through and including May 11, 2022.

We are available to discuss this, or any other matter, at the Court's convenience.

Respectfully submitted,

*s/Seth M. Rosenstein*
Seth M. Rosenstein, Esq. (SR-1452)

cc:    Adam D. Ford, Esq. (via ECF)

086874.000065.70915982