```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
STEPHEN GANNON,                                             :
                                    Plaintiff,              :
                                                            :     22 Civ. 361 (LGS)
               -against-                                    :
                                                            :            ORDER
124 EAST 40TH STREET LLC, ET AL.,                           :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated April 12, 2022, required the parties to file a proposed case management plan and joint letter by April 27, 2022, at 12:00 P.M. (Dkt. No. 26);

WHEREAS, the initial pretrial conference is currently scheduled for May 4, 2022, at 4:20 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **May 2, 2022, at 12:00 P.M.**

Dated: April 28, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE