UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEPHEN GANNON,
                       Plaintiff,

                -against-

124 EAST 40TH STREET LLC, et al.,
                       Defendants.
------------------------------------------------------------X

22 Civ. 361 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for May 25, 2022;

    WHEREAS, the parties failed to file timely a joint letter as directed by the Orders at Dkt. Nos. 6, 26, 35, 39, and 43;

    WHEREAS, the parties have filed numerous unilateral letters regarding each other's failure to cooperate in the filing of the required materials;

    WHEREAS, no significant issues were raised in the parties' letters or proposed case management plan. It is hereby

    **ORDERED** that the May 25, 2022, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. The parties are advised that continued failure to comply with the Court's Orders, including Orders concerning required joint submissions, may result in sanctions. It is further

    **ORDERED** that if Defendant(s) seek to file a motion to dismiss, they shall file a pre-

motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

**ORDERED**, regarding settlement discussions, Defendants' unilateral request for a referral for a settlement conference is DENIED without prejudice to renewal.  If and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.


Dated: May 24, 2022
       New York, New York

*[signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE