**Adam Ford** (NYB #4115531)
FORD & HUFF LC
228 Park Avenue South
New York, NY 10036
Telephone: (212) 287-5913
Email: adam.ford@fordhufflaw.com
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT,
### IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN GANNON, et al.,<br><br>Plaintiff,<br><br>- against -<br><br>124 EAST 40TH STREET LLC, et al.,<br><br>Defendants. | **CERTIFICATE OF SERVICE OF DISCOVERY REQUESTS TO DEFENDANT 124 EAST 40TH STREET**<br><br>1:22-cv-361<br><br>Judge Lorna G. Schofield |

I, the undersigned, certify that on July 29, 2022, I caused a true and correct copy of DISCOVERY REQUESTS to be served upon those listed below via USPS Priority Mail at the address below:

**124 EAST 40TH STREET LLC**
Joshua Bauchner & Seth Rosenstein
Ansell Grimm & Aaron P.C.
365 Rifle Camp Rd
Woodland Park, NJ 07424-2775

Tracking Number: 9410811108033411172492

DATED: August 2, 2022.

                                                FORD & HUFF LC

                                                /s/ Adam D. Ford
                                                Adam D. Ford (NYB #4115531)
                                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that on August 2, 2022, I caused a true and correct copy of the foregoing CERTIFICATE OF SERVICE OF DISCOVERY REQUESTS to be filed with the Court electronically via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Adam D. Ford