

October 5, 2022

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     **Status Update**
        Stephen Gannon v. 124 East 40th Street LLC, et al.
        Case # 1:22-cv-361

Dear Judge Schofield,

This law firm represents Plaintiff Stephen Gannon ("Plaintiff") in this action. Pursuant to the Civil Case Management Plan and Scheduling Order entered by the Court on May 24, 2022 (Dkt. No. 46) Plaintiff submits this Status Letter.

As the Court knows, parties are presently involved in a discovery dispute. Based on the Order entered by the Court on October 3, 2022 (Dkt. No. 56) Defendant is expected to "fully respond to Plaintiff's interrogatories, subject to any legitimate objections" by October 12, 2022. The same Order gives Plaintiff until October 19, 2022, to file another letter seeking further relief if, after meeting and conferring, he believes the Defendant's discovery responses are deficient.

In summary, fact discovery is ongoing pursuant to the Court's Orders.

Respectfully Submitted,

Adam Ford, Counsel to Plaintiff
Ford & Huff LC

cc:     All Counsel of Record (via ECF)

Adam D. Ford                                                      adam.ford@fordhufflaw.com
228 Park Avenue South                                                        (212) 287-5913
New York, New York 10003                                                www.fordhufflaw.com