UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEPHEN GANNON,

                            Plaintiff,

                            22 Civ. 361 (LGS)

        -against-

                            ORDER

124 EAST 40TH STREET LLC,

                        Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED**, for the reasons stated in Judge Cott's Order at Dkt. No. 65, that the case management conference scheduled for November 23, 2022, is **adjourned sine die**.

Dated: November 9, 2022
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE