UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEPHEN GANNON,
                            Plaintiff,

              -against-

124 EAST 40TH STREET LLC,
                            Defendant.
------------------------------------------------------------X

22 Civ. 361 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference was held on August 23, 2023.  It is hereby

**ORDERED** that by **September 20, 2023**, Plaintiff's expert shall prepare a rebuttal report responding to the report of Defendant's expert.  By **September 27, 2023**, Defendant shall file a letter stating how it would like to proceed in this matter.  Plaintiff shall file a responsive letter by **September 29, 2023**.

Dated: August 24, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**