UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
STEPHEN GANNON,
                          Plaintiff,

           -against-

124 EAST 40TH STREET LLC, JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown,
                          Defendants.
------------------------------------------------------------- X

22 Civ. 361 (LGS)

**OPINION AND ORDER**

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, an Opinion and Order dated September 6, 2024 (the "Opinion"), granted Defendants' motion to dismiss the complaint.

        WHEREAS, the Opinion allowed Plaintiff to seek leave to amend the complaint by September 20, 2024. The Opinion explained that if Plaintiff did not seek leave to amend, the case would be dismissed.

        WHEREAS, Plaintiff has not sought leave to amend the complaint. It is hereby

        **ORDERED** that this case is **DISMISSED** without prejudice.

        The Clerk of Court is respectfully directed to enter judgment and close the case.

Dated:  September 23, 2024
         New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**