**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
STEPHEN GANNON,

                Plaintiff,

-against-                           22 **CIVIL** 361 (LGS)

                                 **JUDGMENT**

124 EAST 40TH STREET LLC, JOHN DOE 1-X,
persons yet unknown, Limited Liability Companies,
Partnerships, Corporations 1-X, entities yet unknown,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 23, 2024, and an Opinion and Order dated September 6, 2024 (the "Opinion"), granted Defendants' motion to dismiss the complaint. The Opinion allowed Plaintiff to seek leave to amend the complaint by September 20, 2024. The Opinion explained that if Plaintiff did not seek leave to amend, the case would be dismissed. Plaintiff has not sought leave to amend the complaint. It is hereby ORDERED that this case is DISMISSED without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      September 23, 2024

                                                **DANIEL ORTIZ**
                                           **Acting Clerk of Court**

                         **BY:**    *K. Mango*

                                                **Deputy Clerk**